Date: 5.29.2024  
Case #: 1:24mj205  
Judge: William B. Porter  

Time: 2:21p - 2:25p  
Hearing: Initial Appearance  
Tape: FTR/400  

### Easter District of Virginia
### United States of America
v.  
**Husein Nasri**

**Participants**  
USA: April Russo  
Def. Counsel: Lauren Rosen - Duty  
☑ Court to appoint counsel:  
　☑ FPD ☐ CJA ☐ Conflict List  
☐ Deft to retain counsel  
☐ Counsel to be reappointed  
☐ Deft did not appear / ☐ Warrant to be issued upon PC statement  
☐ Interpreter:  

**Advisement**  
☑ Defendant informed of rights, charges, and penalties  
☑ Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.  

**Detention Hearing/Preliminary Hearing**  
☐ DH waived / ☐ DH held  
☐ PH waived / ☐ PH held  
☐ Govt adduced evidence and rests  
☐ Court finds PC  

**Plea**  
☐ Plea entered / Court accepts the plea  
☐ Oral consent to trial before U.S. Magistrate Judge  

**Dismissal**  
☐ Case dismissed without prejudice  
☐ Case dismissed with prejudice  

**Probation/Sup. Release violation(s)**  
☐ Deft informed of violation(s)  
☐ Deft denies PC as to the violation(s)  
☐ Deft does not contest PC as to the violation(s)  
☐ Court finds PC as to the violation(s)  

**Detention**  
☐ Govt seeking detention:  
☐ Govt is not seeking detention  
☐ Def counsel seeking release:  
☐ Def counsel not seeking release at this time  
☑ Deft remanded  

**Bond status**  
☐ Deft released on PR bond ☐ w/conditions  
☐ Deft continued on PR bond  

**Trial**  
☐ Matter set for bench trial  
☐ Motions due 2 weeks before trial/Oppositions due 1 week before trial  
☐ Govt adduced evidence and rests  
☐ Bench trial held and completed  

**Future proceedings**  
☐ Deft recognized to appear at further proceedings  
☐ Matter set to be heard before the District / Sentencing Judge  
☐ Matter continued for further proceedings before the Grand Jury  
☑ Matter continued to/for:  

Detention Hearing  
5/31 - 2pm - WBP